# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Negron,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Victor Manuel Carrillo, et al.,<br><br>　　　　　Defendants. | No. CV-21-00285-TUC-JAS<br><br>**ORDER** |

　　　　Having reviewed the parties' Stipulation for Extension of Time for USA Auto, Inc., to file an Answer or other Responsive Pleading (Doc. 11), and good cause appearing,

　　　　**IT IS ORDERED** GRANTING the parties' Stipulation for Extension of Time (Doc. 11). The deadline for Defendant USA Auto, Inc. to file its Answer or other Responsive Pleading to Plaintiffs' Complaint is extended up to and including September 15, 2021.

　　　　Dated this 31st day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge