# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Negron,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Victor Manuel Carrillo, USA Auto, Inc., Red Mountain Funding Inc., and Briselda Hernandez,<br><br>　　　　Defendants. | No. CV-21-0285-TUC-JAS<br><br><br>**ORDER** |

The Court has received Plaintiff's Notice of Dismissal of Defendants Victor Manuel Carrillo and Briselda Hernandez only, without out Prejudice (Doc. #22), and good cause appearing,

**IT IS ORDERED** dismissing this action without prejudice as to Defendant Victor Manuel Carrillo and Briselda Hernandez only, each party to bear its own attorney's fees and costs. The Clerk shall enter judgment accordingly.

**IT IS FURTHER ORDERED** DENYING the Motion for Extension of Time (Doc. 20) as moot.

　　　　Dated this 6th day of October, 2021.

Honorable James A. Soto
United States District Judge