# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Negron,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Victor Manuel Carrillo and Briselda Hernandez,<br><br>　　　　Defendants. | **NO. CV-21-00285-TUC-JAS**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 6, 2021, Defendant Victor Manuel Carrillo and Briselda Hernandez are dismissed from this action without prejudice.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 6, 2021

　　　　　　　　　　　　　　　　　　　s/ S. Araiza
　　　　　　　　　　　　　　　　By　　Deputy Clerk